■ B. MILLENS & SONS, INC., Respondent-Appellant. v. NICK VLADICH, Respondent, and EMPIRE GLASS WORKS, INC., Appellant. EMPIRE GLASS WORKS, INC., Appellant, v. B. MILLENS & SONS, INC., Respondent. — REYNOLDS, J.

1046

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Reynolds, J.